PETER LARSON *v.* MATILDE LARSON

The plaintiff's petition for certification for appeal from the Appellate Court, 89 Conn. App. 57 (AC 25211), is denied.

*Peter Larson,* pro se, in support of the petition.

Decided July 6, 2005

HOWARD WEXLER ET AL. *v.* JOHN T. DEMAIO ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 88 Conn. App. 818 (AC 24737), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the decision of the trial court precluding the plaintiffs' expert from testifying?"

The Supreme Court docket number is SC 17466.

*William F. Gallagher,* in support of the petition.

*Andrew J. O'Keefe, Joseph M. Busher, Jr.,* and *Lorinda S. Coon,* in opposition.

Decided July 12, 2005

GARY MARTINO *v.* COMMISSIONER OF CORRECTION

The petitioner Gary Martino's petition for certification for appeal from the Appellate Court, 88 Conn. App. 902 (AC 25205), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.